IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14-cv-80809-JIC

AR2, LLC, a Florida limited liability
Company, d/b/a LIV INSTITUTE,

    Plaintiff,
v.

ANDREW RUDNICK, an individual,

    Defendant.
                                        /

## **JOINT STATUS REPORT**

Pursuant to this Court's Order Staying Action [DE 69], requiring the parties to submit a quarterly status report if no motion to reopen has been filed, the undersigned respectfully reports as follows:

1. On December 22, 2014, Defendant, ANDREW RUDNICK ("ANDREW") and ANDREW's Wife/Co-Debtor, Catherine Rudnick, filed a voluntary Chapter 7 Bankruptcy Petition in the Southern District of Florida, under Case No.: **#:** 14-37761-EPK.

2. The Section 341 Meeting of Creditors (the "341 Meeting") was originally scheduled on January 26, 2015, but re-scheduled to February 17, 2015.

3. On June 19, 2015, AR2, LLC ("AR2") timely filed its Proof of Claim, but will be amending same upon completion of gathering additional supporting documentation.

4. On June 1, 2015 Trustee filed a Motion for Approval of Stipulation as to Debtor

*AR2, LLC v. Rudnick*
Case No.: 14-cv-80809-JIC

_____

Andrew Jay Rudnick's Waiver and Consent to Denial of Discharge, and on July 7, 2015, Trustee's Motion was granted.

Respectfully submitted on this 18th day of August, 2015,

| The DuBosar Law Group, PA<br>Attorneys for Plaintiff<br>1800 N. Military Trail, Suite 470<br>Boca Raton, Florida 33431<br>Tel: (561) 544 8980 / Fax: (561) 544-8988<br><br>By:   */s/ Robert C. Sheres*<br>    Howard D. DuBosar<br>    FL Bar No. 729108<br>    HDuBosar@dubolaw.com<br>    Robert C. Sheres<br>    FL Bar No. 57227<br>    RSheres@dubolaw.com | Pincus & Currier, LLP<br>Attorneys for Defendant<br>324 North Lakeside Court<br>West Palm Beach, FL 33407<br>Tel: (561) 868-1340 / Fax: (561) 366-1310<br><br>By:   */s/ Romin N. Currier*<br>    William H. Pincus, Esq.<br>    FL Bar No. 65595<br>    BPincus@wprclaw.com<br>    Romin N. Currier, Esq.<br>    FL Bar No. 566985<br>    rcurrier@wprclaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2015 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and a true and correct copy of the foregoing was served on the parties registered to receive notice via CM/ECF.

The DuBosar Law Group, PA
Attorneys for Plaintiff
1800 N. Military Trail, Suite 470
Boca Raton, Florida 33431
Tel: (561) 544 8980 / Fax: (561) 544-8988

By:   */s/ Robert C. Sheres*
    Howard D. DuBosar; FL Bar No. 729108
    HDuBosar@dubolaw.com
    Robert C. Sheres; FL Bar No. 57227
    RSheres@dubolaw.com